UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ERIC NIEMESZ,
on behalf of himself and
all others similarly situated,

       Plaintiff,                                      Case No. 22-cv-504

       v.

DRIVEN BRANDS SHARED SERVICES, LLC

       Defendant

## JOINT MOTION FOR COURT APPROVAL OF
## SETTLEMENT AND DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel, respectfully move this Court for approval of their "Settlement Agreement and General Release," resolving the matter as set forth therein. In support thereof, the Parties state and jointly stipulate as follows:

1. On April 27, 2022, Plaintiff filed his Complaint against Defendant in this matter, (ECF No. 1), alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq., and Wis. Stat. §§ 109.01 et seq., Wis. Stat. §§ 103.001 et seq., and Wis. Admin. Code DWD §§ 274.01 et seq., collectively Wisconsin's Wage Payment and Collection Laws ("WWPCL"), on behalf of himself and all other similarly situated current and former hourly-paid, non-exempt employees of Defendant.

2. Shortly after the filing of the Complaint, (ECF No. 1), the parties engaged in good faith, arms' length settlement negotiations regarding Plaintiff's individual claims and causes of action against Defendant under the FLSA and WWPCL. Based upon these negotiations, the parties have reached a global resolution regarding all disputes between Plaintiff, on an individual basis, and Defendant. The Parties were both represented by competent and experienced counsel throughout the course of these negotiations.

3. The Parties do not seek resolution and/or approval of any class, collective, or representative claims under the FLSA, Federal Rule 23, or Wisconsin law in this matter. The Parties have resolved this matter only in Plaintiff's individual capacity.

4. The parties' written and executed settlement agreement, titled "Settlement Agreement and General Release," is being submitted to the Court simultaneously with the filing of this Motion as **Exhibit A**. The Parties and their respective counsel believe and agree that it represents a fair, reasonable, and adequate settlement of Plaintiff's individual legal claims against Defendant in this matter.

5. The Parties are in agreement that this Court may enter an Order granting this Joint Motion and dismissing this case with prejudice. *See Larkin v. CPI Corp.*, No. 10-cv-411-WMC, 2011 U.S. Dist. LEXIS 127680, at *2 (W.D. Wis. Nov. 3, 2011) (*citing Walton v. United Consumers Club*, 786 F.2d 303, 306 (7th Cir. 1986) and *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982) (requiring the settlement to constitute "a fair and reasonable resolution of a bona fide dispute over FLSA provisions").

**WHEREFORE**, the Parties respectfully request that this Court: (1) approve the Parties' "Settlement Agreement and General Release," resolving the matter on the terms set forth therein; and (2) dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41.

Dated this 21st day of June, 2022

| | |
|---|---|
| WALCHESKE & LUZI, LLC<br>Counsel for Plaintiff | JACKSON LEWIS P.C.<br>Counsel for Defendant |
| s/ *Scott S. Luzi*<br>Scott S. Luzi, State Bar No. 1067405<br>WALCHESKE & LUZI, LLC<br>235 N. Executive Drive, Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (262) 780-1953<br>E-Mail: sluzi@walcheskeluzi.com | s/ *Tony H. McGrath*<br>Tony H. McGrath, SBN 1042806<br>JACKSON LEWIS P.C.<br>22 East Mifflin Street, Suite 800<br>Madison, Wisconsin 53703<br>Telephone: (608) 807-5274<br>E-Mail: Tony.McGrath@JacksonLewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |